PROB 12C
(6/16)

Report Date: July 14, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 14, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Floyd Dean Best                                Case Number: 0980 2:15CR00031-WFN-2

Address of Offender: ███████████████  Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 13, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of a Methamphetamine Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(B)(viii), 846 |
| Original Sentence: | Prison - 70 months; TSR - 120 months |
| Asst. U.S. Attorney: | Russell E. Smoot |
| Defense Attorney: | Bryan P. Whitaker |

Type of Supervision: Supervised Release

Date Supervision Commenced: June 6, 2019

Date Supervision Expires: June 5, 2029

## PETITIONING THE COURT

To issue a summons.

On June 12, 2019, Mr. Best and a probation officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On May 10, 2022, Mr. Best reported to Social Treatment Opportunities Program (STOP) for a drug screen. He tested presumptive positive for methamphetamine and denied any use. The sample was sent to the national laboratory. On May 17, 2022, the sample was confirmed positive for methamphetamine and amphetamine. |

Prob12C
Re: Best, Floyd Dean
July 14, 2022
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition #17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On June 17, 2022, Mr. Best reported to STOP for a random drug screen. The sample provided yielded positive for methamphetamine and amphetamine. Mr. Best signed an admission form admitting to the use of methamphetamine.

3     **Special Condition #17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On June 27, 2022, this officer conducted an unannounced home visit and asked Mr. Best to submit to a drug screen. The sample yielded presumptive positive for methamphetamine. Mr. Best initially denied any use, but ultimately admitted to using methamphetamine on June 23, 2022. The national laboratory confirmed the sample was positive for methamphetamine on July 1, 2022.

4     **Special Condition #17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 7, 2022, this officer was advised by STOP that Mr. Best had failed to show for drug testing on July 5, 2022. This officer spoke to Mr. Best on July 7, 2022, and he was unaware of his requirement to report on July 5, 2022. He was directed to make up the drug test on July 8, 2022, however, he failed to report again.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 14, 2022

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

Prob12C
Re: Best, Floyd Dean
July 14, 2022
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

07/14/2022
Date