PROB 12C
(6/16)

Report Date: August 31, 2022

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2022

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Floyd Dean Best      Case Number: 0980 2:15CR00031-WFN-2

Address of Offender: ███████████████, Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 13, 2016

Original Offense:   Conspiracy to Distribute 50 Grams or More of a Methamphetamine Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(B)(viii), and 846

Original Sentence:  Prison - 70 months;        Type of Supervision: Supervised Release
                    TSR - 120 months

Asst. U.S. Attorney:  Russell E. Smoot         Date Supervision Commenced: June 6, 2019

Defense Attorney:     Justin Lonergan          Date Supervision Expires: June 5, 2029

---

**PETITIONING THE COURT**

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on July 14, 2022 (ECF 300).

On June 12, 2019, Mr. Best and a probation officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Best is alleged to have violated the terms of his supervision by using a controlled substance, methamphetamine, on or about August 1, 2022.<br><br>On August 4, 2022, this officer received notification from Renew Treatment Services that Mr. Best had provided an oral swab and a urine sample on August 1, 2022, which yielded positive results for methamphetamine. Mr. Best was confronted by the counselor at Renew and he admitted to using methamphetamine prior to his intake, on approximately July 22, |

Prob12C
Re: Best, Floyd Dean
August 31, 2022
Page 2

2022. It should also be noted, the sample was diluted, which indicates a possibility of tampering.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Emely Cubias

August 31, 2022

Emely Cubias
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

09/01/2022
Date