PROB 12C
(6/16)

Report Date: October 24, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Floyd Dean Best, Jr.    Case Number: 0980 2:15CR00031-WFN-2

Address of Offender:                  Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 13, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of a Methamphetamine Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(B)(viii), and 846 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 70 months; TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: | June 6, 2019 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | June 5, 2029 |

## PETITIONING THE COURT

To **issue a SUMMONS** and incorporate the violation(s) contained in this petition in future proceedings with the violations previously reported to the Court on 07/14/2022 (ECF 300), and 08/31/2022 (ECF 317).

On June 12, 2019, Mr. Best and a probation officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Best is alleged to have violated the terms of his supervision by providing a diluted urinalysis specimen on or about August 17, 2022. |
| | On October 6, 2022, this officer spoke to Mr. Best's treatment counselor who reported Mr. Best provided a negative specimen on August 17, 2022; however, it was dilute and therefore put him in noncompliance with treatment for the month of August 2022. |

Prob12C
Re: Best, Jr., Floyd Dean
October 24, 2022
Page 2

| | |
|---|---|
| 7 | **Special Condition #17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Best is alleged to have violated the terms of his supervision by providing a positive oral swab for methamphetamine on September 12, 2022.<br><br>On September 30, 2022, this officer received a report from Mr. Best's treatment provider, showing his oral swab on September 12, 2022, was positive for methamphetamine. Mr. Best has denied any use of methamphetamine. |
| 8 | **Special Condition #17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Best is alleged to have violated the terms of his supervision by providing a positive oral swab for methamphetamine, amphetamine, and cocaine on October 5, 2022.<br><br>On October 11, 2022, this officer spoke to Mr. Best's treatment counselor who reported Mr. Best's oral swab on October 5, 2022, was positive for methamphetamine, amphetamine, and cocaine. She reported Mr. Best was confronted regarding the results at his class on October 11, 2022, and he denied any use.<br><br>During an office visit on October 12, 2022, Mr. Best admitted to using methamphetamine on or about October 5, 2022. He continues to deny knowingly using cocaine. |
| 9 | **Special Condition #17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Best is alleged to have violated the terms of his supervision by providing a positive oral swab for cocaine on October 10, 2022.<br><br>On October 18, 2022, this officer received information from Mr. Best's treatment counselor that his oral swab was positive for cocaine on October 10, 2022. |
| 10 | **Special Condition #17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Best is alleged to have violated the terms of his supervision by providing a positive urinalysis sample for cocaine on October 12, 2022. |

Prob12C
Re: Best, Jr., Floyd Dean
October 24, 2022
Page 3

During an office visit on October 12, 2022, Mr. Best submitted to a urinalysis. The sample yielded presumptive positive for cocaine. On October 15, 2022, the national lab confirmed the sample was positive for benzoylecgonine - cocaine metabolite. It should also be noted, this sample was marked as dilute.

11    **Special Condition #15:** You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Best is alleged to have violated the terms of his supervision by missing intensive outpatient treatment on or about October 17, 2022.

On October 18, 2022, this officer received information from Mr. Best's treatment counselor that Mr. Best failed to attend group on October 17, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and the Court **issue a SUMMONS.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Emely Cubias

October 24, 2022

Emely Cubias
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition
        with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

10/24/2022
Date