PROB 12C
(6/16)

Report Date: November 9, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Floyd Dean Best    Case Number: 0980 2:15CR00031-WFN-2

Address of Offender: ███████████ Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 13, 2016

Original Offense:   Conspiracy to Distribute 50 Grams or More of a Methamphetamine Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(B)(viiii), 846

Original Sentence:   Prison - 70 months;    Type of Supervision: Supervised Release
                     TSR - 120 months

Asst. U.S. Attorney:  Russell E. Smoot    Date Supervision Commenced: June 6, 2019

Defense Attorney:    Justin Lonergan      Date Supervision Expires: June 5, 2029

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/14/2022, 08/31/2022, and 10/24/2022.

On June 12, 2019, Mr. Best and a probation officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition #17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Best is alleged to have violated the terms of his supervision by providing a urinalysis sample that was positive for fentanyl on or about October 27, 2022. |
| | On October 31, 2022, this officer received a call from Mr. Best's treatment counselor who reported Mr. Best provided a positive drug screen for fentanyl on October 27, 2022. This officer spoke to Mr. Best on November 2, 2022, and when confronted regarding the results he advised he "was not going to fight it anymore." As Mr. Best was vague, this officer directed him to call the following morning. The following morning, Mr. Best left a voicemail admitting to using a "foil." |

Prob12C
Re: Best, Floyd Dean
November 9, 2022
Page 2

13 **Special Condition #15:** You must undergo periodic substance abuse evaluations at the direction of your supervision officer and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Best is alleged to have violated the terms of his supervision by failing to attend treatment on or about November 7, 2022.

On November 7, 2022, this officer received information from Mr. Best's treatment counselor advising Mr. Best failed to attend treatment as required on this date. This officer attempted to contact Mr. Best to no avail.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 9, 2022

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

11/9/2022
Date