PROB 12C
(6/16)

Report Date:  April 13, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Floyd Dean Best                    Case Number: 0980 2:15CR00031-WFN-2

Address of Offender: ███████████  Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 13, 2016

Original Offense:        Conspiracy to Distribute 50 Grams or More of a Mixture of Substance Containing a
                         Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(B)(viiii), and 846

Original Sentence:       Prison - 70 months;          Type of Supervision: Supervised Release
                         TSR - 120 months

Asst. U.S. Attorney:     David Herzog                 Date Supervision Commenced: June 6, 2019

Defense Attorney:        Justin Lonergan              Date Supervision Expires: June 5, 2029

---

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/14/2022, 08/31/2022, 10/24/2022, and 11/09/2022.

On June 12, 2019, Mr. Best and a probation officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Special Condition #17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Best is alleged to have violated the terms of his supervision by providing a urinalysis sample that tested positive for methamphetamine, amphetamine, cocaine metabolite, fentanyl, and fentanyl metabolite on or about March 28, 2023.

On April 10, 2023, this officer received notification that Mr. Best had provided a positive urinalysis for methamphetamine, amphetamine, cocaine metabolite, fentanyl, and fentanyl metabolite on March 28, 2023. On April 11, 2023, Mr. Best admitted relapsing to this officer and engaging in substance use on or about March 28, 2023.

**Prob12C**
**Re: Best, Floyd Dean**
**April 13, 2023**
**Page 2**

15          **Special Condition #15:** You must undergo periodic substance abuse evaluations at the direction of your supervision officer and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Best is alleged to have violated the terms of his supervision by failing to attend treatment on or about April 4, 2023.

On April 10, 2023, this officer contacted Renew Treatment Services to inquire about Mr. Best's attendance. At that time, it was advised that he failed to attend group therapy on April 4, 2023. This officer spoke to Mr. Best on April 11, 2023, who advised he did not attend because his clock was wrong and he would have been late for group.

16          **Special Condition #17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Best is alleged to have violated the terms of his supervision by providing a using a controlled substance, methamphetamine, on or about April 9, 2023.

On April 12, 2023, this officer spoke to Mr. Best's treatment provider who advised during their individual session on April 11, 2023, Mr. Best admitted to using methamphetamine 2 days prior. No urinalysis was collected as a result of his admission.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     s/Emely Cubias
_____

April 13, 2023
_____

Emely Cubias
U.S. Probation Officer

**Prob12C**
**Re: Best, Floyd Dean**
**April 13, 2023**
**Page 3**


THE COURT ORDERS

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]     Defendant to appear before the Judge assigned to the
        case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Signature of Judicial Officer

   4/13/2023
_____
Date