PROB 12C
(6/16)

Report Date: June 4, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Floyd Dean Best, Jr.   Case Number: 0980 2:15CR00031-TOR-2

Address of Offender: ███████████ Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 13, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of a Mixture of Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(B)(viiii), 846 | |
| Original Sentence: | Prison - 70 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 26, 2023) | Prison- 8 months<br>TSR- 36 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: November 3, 2023 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: November 2, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On November 8, 2023, Mr. Best reviewed his conditions of supervision with his U.S. probation officer. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Best violated the conditions of his supervised release by committing the criminal offense of driving under the influence, on or about May 31, 2024.<br><br>On May 31, 2024, at approximately 2:22 p.m., per Moses Lake Police Department (MLPD) report 24ML07993, a MLPD officer was dispatched to a vehicle collision at National Frozen Foods (NFF). The officer arrived on scene and he observed a black Jeep Grand Cherokee that collided with the side of parked (unoccupied) semi truck. He observed the driver of the Jeep, later identified as Mr. Best, laying on the ground talking to medics with the Moses Lake Fire Department (MLFD). |

Prob12C
Re: Best, Jr., Floyd Dean
June 4, 2024
Page 2

The MLPD officer was made aware by the first officer on scene that when he arrived, Mr. Best was unconscious and unresponsive and he was given Narcan which woke him up. While talking with the medic, the officer observed that Mr. Best's eyes were red/watery, he was sweating profusely, had a slur to his speech, and a large mucus spit string was connected to his lips. The officers were also made aware that an employee of NFF, who was trying to help Mr. Best after the accident, observed a broken glass bulb pipe on the driver's side of the Jeep. The officer noted that based on his training and experience this type of pipe is specifically used for the smoking/inhalation of methamphetamine.

After MLFD medics finished talking to Mr. Best, the MLPD officer spoke with him once he was on his feet. Mr. Best was asked where he was going and he responded he was going to work. The officer inquired where he worked and he stated his head hurt and he needed a minute before answering this question. Approximately 1 minute later, Mr. Best was again asked where he was going and he gave the same response, though when asked if he was wearing a seatbelt he immediately responded that he did have his seat belt on. Mr. Best; however, did not provide answers to even basic questions from the MLPD officers, becoming agitated. Mr. Best was subsequently arrested for driving under the influence.

Mr. Best was transported to a holding cell at the MLPD in which a search warrant was signed at 5:06 p.m., by the Honorable Judge Wallace. Mr. Best was subsequently taken to the hospital where he was read the search warrant. Mr. Best initially refused to give a blood sample, though he ultimately complied. He was then cited and released on the driving under the influence charge in which he was set to make an initial appearance on June 3, 2024.

2  **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: It is alleged that Mr. Best violated the conditions of his supervised release by using methamphetamine and/or fentanyl, on or about May 31, 2024.

On May 31, 2024, per MLPD report 24ML07993, Mr. Best was cited and released for driving under the influence. Per report 24ML07993, an officer was dispatched to a vehicle collision at National Frozen Foods (NFF). He arrived on scene and observed a black Jeep Grand Cherokee that collided with the side of a parked (unoccupied) semi truck and he observed the driver of the Jeep, later identified as Mr. Best, laying on the ground talking to medics with the Moses Lake Fire Department (MLFD).

The MLPD officer was made aware by the first officer on scene that when he arrived, Mr. Best was unconscious and unresponsive and he was given Narcan which woke him up. While talking with the medics the officer observed that Mr. Best's eyes were red/watery, he was sweating profusely, he had a slur to his speech, and a large mucus spit string was connected to his lips. The officers were also made aware that an employee of NFF, who was trying to help Mr. Best after the accident, observed a broken glass bulb pipe on the driver's side of the Jeep. The officer noted, that based on his training and experience, this type of pipe is specifically used for the smoking/inhalation of methamphetamine.

Prob12C
Re: Best, Jr., Floyd Dean
June 4, 2024
Page 3

On June 3, 2024, Mr. Best contacted the undersigned to report that he was charged with the crime of driving under the influence that occurred on May 31, 2024. Mr. Best informed the undersigned that on May 31, 2024, he made a poor decision and relapsed on what he thought to be "crack" and/or methamphetamine that was laced with fentanyl and he had to be revived by law enforcement via Narcan. Mr. Best opined to the undersigned that he was, "lucky to be alive," after this incident.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 4, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

June 4, 2024
Date