PROB 12C  
(6/16)

Report Date: November 12, 2024

# United States District Court

**FILED IN THE**  
**U.S. DISTRICT COURT**  
**EASTERN DISTRICT OF WASHINGTON**

for the

## Nov 13, 2024

Eastern District of Washington

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Floyd Dean Best, Jr.  Case Number: 0980 2:15CR00031-TOR-2

Address of Offender: 9963 Road M.2 NE, Moses Lake, Washington  98837

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 13, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of a Mixture of Substance Containing a Dectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(B)(viiii), 846 | |
| Original Sentence: | Prison - 70 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 26, 2023) | Prison- 8 months<br>TSR- 36 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: November 3, 2023 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: November 2, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/04/2024.

On November 8, 2023, Mr. Best reviewed his conditions of supervision with his U.S. probation officer. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: It is alleged that Mr. Best violated the conditions of his supervised release by using methamphetamine and cocaine, on or about October 25, 2024.<br><br>On November 5, 2024, Mr. Best's treatment provider informed the undersigned that Mr. Best provided a urinalysis on October 30, 2024, that was confirmed positive for cocaine. Thereafter, the undersigned made contact with Mr. Best at his residence on November 5, 2024, and he admitted to the undersigned and via a signed document that he last used methamphetamine and cocaine on or about October 25, 2024. |

Prob12C
**Re: Best, Jr., Floyd Dean**
**November 12, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 12, 2024

s/Jonathan C. Bot

Jonathan C Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge
November 13, 2024
Date