PROB 12C
(6/16)

Report Date: November 21, 2024

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2024

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Floyd Dean Best, Jr.        Case Number: 0980 2:15CR00031-TOR-2

Address of Offender: ███████████ Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 13, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of a Mixture of Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(B)(viiii), 846 | |
| Original Sentence: | Prison - 70 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 26, 2023) | Prison- 8 months<br>TSR- 36 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: November 3, 2023 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: November 2, 2026 |

**PETITIONING THE COURT**

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/04/2024 and 11/13/2024.

On November 8, 2023, Mr. Best reviewed his conditions of supervision with his U.S. probation officer. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: It is alleged that Mr. Best violated the conditions of his supervised release by using cocaine and/or fentanyl on or about November 10, 2024.<br><br>On November 19, 2024, Mr. Best's treatment provider informed the undersigned that he provided a urinalysis on November 12, 2024, that was confirmed positive for cocaine and fentanyl. The undersigned attempted to contact Mr. Best on November 19 and 20, 2024, without success. On November 21, 2024, Mr. Best returned the undersigned's phone call and |

Prob12C
Re: Best, Jr., Floyd Dean
November 21, 2024
Page 2

it was at that time he admitted to using "1 hit" of cocaine on or about November 10, 2024, and acknowledged it may have been laced with fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 21, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge
November 21, 2024
Date